UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWIN CRUZ MORALES, ET AL.,

           Plaintiffs,

- against -

NEXT STOP 2006, INC., ET AL.,

           Defendants.

22-cv-3311 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) report by June 24, 2022.

SO ORDERED.

Dated:    New York, New York
           June 10, 2022

                                      John G. Koeltl
                                United States District Judge