UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EDWIN CRUZ MORALES, ET AL.,

            Plaintiffs,

- against -

NEXT STOP 2006, INC., ET AL.,

            Defendants.

22-cv-3311 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    A conference is scheduled for July 1, 2022, at 2:00 p.m. Dial-in: 888-363-4749, with access code 8140049.

    By June 30, 2022, the parties should submit a proposed Rule 502(d) order and a proposed briefing schedule for the defendants' anticipated motions to dismiss and to transfer.

SO ORDERED.

Dated:    New York, New York
          June 27, 2022

                                      John G. Koeltl
                               United States District Judge