# SAHN WARD BRAFF KOBLENZ PLLC
### ATTORNEYS AT LAW
**1325 FRANKLIN AVENUE**
**SUITE 210**
**GARDEN CITY, NEW YORK 11530**

TELEPHONE: (516) 877-2525
TELECOPIER: (516) 877-7760
E-MAIL: INFO@SAHNWARD.COM
WWW.SAHNWARD.COM

June 29, 2022

**VIA ECF ONLY**

Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>Edwin Cruz Morales, et al. v. Next Stop 2006, Inc, Chaim Littman and Carolina Littman, jointly and severally</u>
Index No. 1:22-CV-03311-JGK

Honorable Sir:

*[Handwritten annotation:]* The July 1, 2022 conference is canceled. The parties are reminded to submit the documents required in the Court's 6/28/22 Order by June 30, 2022. SO ORDERED. /s/ 6/Koeltl U.S.D.J. 6/29/22

Please be advised that our firm represents the defendants with regard to the above-referenced matter. Please be further advised that we are in receipt of the Court's notification with regard to the virtual appearance scheduled for Friday, July 1, 2022 at 2:00 P.M. Daniele D. DeVoe, Esq. is on vacation until July 6, 2022 and no one else in the office can handle this matter on her behalf in her absence. We request that the appearance be adjourned to a later date after her scheduled return to the office.

Very truly yours,

SAHN WARD BRAFF KOBLENZ PLLC

By: *[signature]*
ROBERT N. COHEN