UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

EDWIN CRUZ MORALES, ON BEHALF OF
HIMSELF AND THOSE SIMILARLY            22-cv-3311 (JGK)
SITUATED,
                                       ORDER
                Plaintiffs,

      - against -

NEXT STOP 2006, INC., ET AL.,

                Defendants.
───────────────────────────────

JOHN G. KOELTL, District Judge:

   The conference scheduled for July 18, 2022, is canceled.

SO ORDERED.

Dated:   New York, New York
         July 14, 2022
                                    /s/ John G. Koeltl
                                    ─────────────────────────
                                    John G. Koeltl
                                    United States District Judge