```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――

EDWIN CRUZ MORALES, ET AL.,
                Plaintiffs,         22-cv-3311 (JGK)

     - against -                    ORDER

NEXT STOP 2006, INC, ET AL.,
                Defendants.
―――――――――――――――――――――――――――――――
```

**JOHN G. KOELTL, District Judge:**

The time to respond to the pending motion is stayed, pending a time to be set by a telephone conference scheduled for **September 9, 2022** at **1:30 PM.** Dial-in: 888-363-4749, with access code 8140049.

**SO ORDERED.**
**Dated:** New York, New York
August 23, 2022

                                  /s/ John G. Koeltl
                                     **John G. Koeltl**
                          **United States District Judge**