```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────

**EDWIN CRUZ MORALES ET AL.,**

           Plaintiffs,

   - against -

**NEXT STOP 2006, INC. ET AL.,**

           Defendants.

22-cv-3311 (JGK)

<u>ORDER</u>

─────────────────────────────────

**JOHN G. KOELTL, District Judge:**

The conference scheduled for **September 9, 2022** at **1:30 p.m.** is **canceled**.

**SO ORDERED.**

Dated:   New York, New York
          September 2, 2022

                                      /s/ John G. Koeltl
                                        John G. Koeltl
                                  United States District Judge