UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWIN CRUZ MORALES, et al.,<br><br>                          Plaintiffs,<br><br>          -against-<br><br>NEXT STOP 2006, INC. et al.,<br><br>                          Defendants. | Case No. 1:22-cv-03311 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of the parties' joint letter, dated October 4, 2022, filed in response

to the Court's September 20, 2022 Reassignment Order. ECF No. 43. In light of the procedural

posture of this case, IT IS HEREBY ORDERED that the parties shall appear for a status

conference on October 13, 2022, at 11:30 a.m. in Courtroom 20B of the Daniel Patrick

Moynihan United States Courthouse, 500 Pearl Street, New York, New York.

Dated:  October 5, 2022
        New York, New York

                                        SO ORDERED.

                                        JENNIFER L. ROCHON
                                        United States District Judge