UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWIN CRUZ MORALES, et al.,<br><br>                 Plaintiffs,<br><br>-against-<br><br>NEXT STOP 2006, INC. et al.,<br><br>                 Defendants. | Case No. 1:22-cv-03311 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

      For the reasons stated on the record at the status conference on October 13, 2022, IT IS HEREBY ORDERED that Next Stop Defendants' motion to dismiss the original Complaint is denied as moot without prejudice to refiling with respect to the Amended Complaint. IT IS FURTHER ORDERED that Next Stop Defendants shall file their motion to dismiss the Amended Complaint no later than **October 20, 2022**. Plaintiffs shall file their opposition papers no later than **November 3, 2022**, and Next Stop Defendants shall file their reply papers no later than **November 10, 2022.**

      Additionally, as stated on the record at the October 13, 2022 conference, the parties' request to extend the deadline for Plaintiffs to respond to Abviad Defendants' motion to dismiss is granted. IT IS HEREBY ORDERED that Plaintiffs shall file their opposition papers no later than **October 24, 2022**, and Abviad Defendants shall file their reply papers no later than **November 4, 2022.**

      Finally, in light of both Abviad Defendants' and Next Stop Defendants' request to stay discovery pending their motions to dismiss, IT IS FURTHER ORDERED that Defendants shall file a letter, not to exceed two pages, regarding their request no later than **October 18, 2022**. Plaintiffs may file a response, not to exceed two pages, no later than **October 21, 2022.**

The Clerk of Court is respectfully directed to terminate the motions pending at ECF Nos. 26 and 31.

Dated: October 13, 2022
       New York, New York

                                        SO ORDERED.

                                        *Jennifer Rochon*
                                        JENNIFER L. ROCHON
                                        United States District Judge