UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Edwin Cruz Morales, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Next Stop 2006, Inc., *et al.*,<br><br>　　　　Defendants. | Civil Action No.<br><br>23-45 (ES) (LDW)<br><br>**ORDER** |

**THIS MATTER** having come before the Court by way of a March 8, 2023 case management conference before the undersigned to address plaintiffs' request for leave to file a Motion to Amend (ECF No. 95), and defendants having advised of their opposition to the proposed amendments (ECF No. 96), and for good cause shown,

**IT IS** on this day, March 8, 2023:

**ORDERED** that:

1. The parties shall meet and confer to attempt to resolve their disputes concerning amendment of the current pleading.

2. If, in good faith and on objectively reasonable grounds, the parties cannot resolve their disputes, then plaintiffs' Motion to Amend shall be briefed on the following schedule: plaintiffs shall file the Motion on or before **March 31, 2023**; opposition thereto shall be filed on or before **April 28, 2023**; and reply, if any, shall be filed on or before **May 12, 2023.**

　　　　　　　　　　　　　　　　　　　　*s/ Leda Dunn Wettre*
　　　　　　　　　　　　　　　　　　　　Hon. Leda Dunn Wettre
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge